dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANTHONY FARO and Another v. HERMAN LEBOWITZ.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SYLVANNA SMITH v. FURNESS WITHY AND COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORTON ROSENBERG and Another, as Surviving Executors, etc., of CHARLES ROSENBERG, Deceased, and Others v. FRANK WALLMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PEARL PETERSON v. FOX THEATRE CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

J. P. DUFFY Co. v. MAC-STONE STUCCO Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALFRED C. GROSS and Another v. CHICAGO FIRE AND MARINE INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERNARD SOLL v. ANNA M. STEPHANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN ABRAMOVITZ v. THE GRAHAM Co., INC.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN R. BLAIR COMPANY, INC., v. NORTHERN REALTY COMPANY, INC., and Another, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ

GUERIN MILLS, INC., v. WILLIAM M. BARRETT, as President of the Adams Express Company.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the CITY OF NEW YORK, Carrying Bronx River Parkway Drive across the New York and Harlem Railroad at a Point about 250 Feet South of East Two Hundred and Thirty-third Street, in the Borough of The Bronx, etc.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ISIDORE WEIL and FERNAND WEIL v. NETTIE M. WEIL and Others, as Executors, etc., of EDMOND WEIL, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application for an Order of Certiorari by 153 EAST 87TH STREET CORPORATION and Others v. WILLIAM F. WALSH and Others, etc. - Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BROUS-GARSSON Co., INC., v. DAYNOR REALTY Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ERIE RAILROAD COMPANY v. ROYAL CARD & PAPER COMPANY, INC. (Action